**UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

|  |  |
|---|---|
| ESTEPHANY LISET VILLACORTA ZAVALA | Case No. 6:25-cv-02153-RRS-TPL |
| Petitioner, | |
| v. | JUDGE TERRY A. DOUGHTY |
| ICE FIELD OFFICE DIRECTOR, ET AL<br>Respondents. | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

**<u>ORDER</u>**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that David J. Rozas, Attorney at Law, appearing herein, be allowed to enroll as counsel for the plaintiff in the above referenced matter

Monroe, Louisiana this ___13th___ day of ___January___, 202_6_ .


_____
UNITED STATES MAGISTRATE  JUDGE