**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ESTEPHANY LISET VILLACORTA ZAVALA**     **CIVIL ACTION NO. 3:25-CV-1946**

**VERSUS**                                **DISTRICT JUDGE DOUGHTY**

**ICE FIELD OFFICE DIRECTOR, ET AL**      **MAGISTRATE JUDGE MCCLUSKY**

---

**ORDER**

Considering the Unopposed Motion for Extension of Deadline to Respond filed by the Federal Respondents having been considered:

IT IS ORDERED that the motion is GRANTED and Federal Respondents are permitted until February 17, 2026 to respond to Petitioner's Petition for Writ of Habeas Corpus.

THUS, DONE AND SIGNED in Monroe, Louisiana, this 13th day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE