### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

ESTEPHANY LISET VILLACORTA          NO. 3:25–CV–01946–TAD–KDM
        ZAVALA

      VERSUS                          JUDGE TERRY A DOUGHTY

I C E FIELD OFFICE DIRECTOR , et al.    MAGISTRATE JUDGE KAYLA D MCCLUSKY


#### NOTICE OF ENTRY OF DEFAULT

    Notice is hereby given that default is entered against I C E Field Office Director in the captioned matter pursuant to the recent motion/request for entry of default. The legal time delays have elapsed and there has been no answer filed or other defenses presented to the complaint by said defendant(s). For the court to issue a default judgment under **Fed.R.Civ.P. 55**, a motion to that effect must be filed by plaintiff. A delay of at least fourteen (14) days from the date of this notice must elapse before issuance of a default judgment by the court under **LR 55.1**.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

    THUS DONE  February 22, 2026.


                           DANIEL J. MCCOY
                           CLERK OF COURT