## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**ESTEPHANY LISET VILLACORTA ZAVALA #A249-140-681**　　　　　　　　**CASE NO.  3:25-CV-01946 SEC P**

**VERSUS**　　　　　　　　　　　　　**JUDGE TERRY A. DOUGHTY**

**I C E FIELD OFFICE DIRECTOR ET AL**　　**MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

Considering the Petition for Writ of Habeas Corpus filed by Petitioner, Estephany Liset Villacorta Zavala ("Petitioner") [Doc. No. 1] and in light of the status report outlining the Petitioner's removal to the Democratic Republic of Congo [Doc. No. 29],

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED AS MOOT** due to the Petitioner's removal.

**IT IS FURTHER ORDERED** that all other pending Motions [Doc. No. 15, 26] in this case are **DENIED AS MOOT.**

MONROE, LOUISIANA, this 16th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE